Certificate Number: 02470-NJ-DE-037202988

Bankruptcy Case Number: 23-10880



02470-NJ-DE-037202988

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 21, 2023, at 3:48 o'clock PM EST, Daniel Mark Adams completed a course on personal financial management given by internet by Isabel C. Balboa, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  February 22, 2023               By:    /s/Kathy Mills

                                       Name:  Kathy Mills

                                       Title: TENS Instructor