# UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>DANIEL MARK ADAMS | §<br>§  CASE NO.<br>§  23-10880-ABA<br>§  Chapter 13<br>§ |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Saluda Grade Alternative Mortgage Trust 2022-SEQ2 | Saluda Grade Alternative Mortgage Trust 2022-SEQ2 |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 12
Amount of Claim: $ 57622.74
Date Claim Filed: 03/28/2023

Phone: (800)365-7107
Last Four Digits of Acct #: 2221

Phone: (800) 643-0202
Last Four Digits of Acct.#: 7104

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip                    Date:    8/6/2024

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

UNITED STATES BANKRUPTCY COURT
FOR THE Main District of NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>DANIEL MARK ADAMS | §<br>§ CASE NO.<br>§ 23-10880-ABA<br>§ Chapter 13 |

### CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 8/6/2024 via electronic notice unless otherwise stated:

**Debtor**      *Via U.S. Mail*

DANIEL MARK ADAMS
547 W Main St
Malaga, NJ 08328-4210

**Debtors' Attorney**
RICHARD S. HOFFMAN, JR.
HOFFMAN DIMUZIO
412 Swedesboro Rd
Mullica Hill, NJ 08062-1816

**Chapter 13 Trustee**
ANDREW B FINBERG
535 Route 38 Ste 580
Cherry Hill, NJ 08002-2977

Respectfully Submitted,

/s/ Kidd Yuen
Kidd Yuen