# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| In Re: | Case No. 23-10880 |
| Daniel Mark Adams,<br>　　　　　　　Debtor. | Chapter 13<br><br>Judge Andrew B. Altenburg, Jr. |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

　　　You are hereby given notice that Bonial & Associates, P.C. has been engaged by the interested party identified below to serve as its authorized agent in this matter.

　　　You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

　　NewRez LLC d/b/a Shellpoint Mortgage Servicing
　　PO Box 10826,
　　Greenville, South Carolina 29603-0826

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　Bonial & Associates, P.C.


　　　　　　　　　　　　　　　　　　/s/ Paul W. Cervenka
　　　　　　　　　　　　　　　　　　Paul W. Cervenka
　　　　　　　　　　　　　　　　　　14841 Dallas Parkway, Suite 350
　　　　　　　　　　　　　　　　　　Dallas, Texas 75254
　　　　　　　　　　　　　　　　　　(972) 643-6600
　　　　　　　　　　　　　　　　　　(972) 643-6698 (Telecopier)
　　　　　　　　　　　　　　　　　　E-mail: POCInquiries@BonialPC.com
　　　　　　　　　　　　　　　　　　Authorized Agent for NewRez LLC d/b/a
　　　　　　　　　　　　　　　　　　Shellpoint Mortgage Servicing

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bonial & Associates, P.C.<br>14841 Dallas Parkway<br>Suite 350<br>Dallas, Texas 75254<br>Telephone: (972) 643-6600<br>POCInquiries@BonialPC.com<br>Authorized Agent for Creditor<br><br>In Re:<br><br>Daniel Mark Adams<br><br><br><br>Debtor. | Case No : 23-10880<br><br>Chapter: 13<br><br>Adv. No.:_____<br><br>Hearing Date: _____ at _____<br><br>Judge: Andrew B. Altenburg, Jr. |

**CERTIFICATION OF SERVICE**

1. I, Paul W. Cervenka:

    ☑ represent the <u>Creditor</u> in this matter.

    ☐ am the secretary/paralegal for _____ who represents the

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself. On August 09, 2024 I sent a

2. copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Request for Service of Notice

    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

3.

___August 09, 2024___                        /s/ Paul W. Cervenka_____
Date                                                           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Daniel Mark Adams<br>547 West Main St<br>Malaga, NJ 08328 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J. LBR 5005-1<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Richard S. Hoffman Jr.<br>Hoffman Dimuzio<br>412 Swedesboro Road<br>Mullica Hill, NJ 08062<br>rshoffman@hoffmandimuzio.com | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J. LBR 5005-1<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Andrew B. Finberg<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J. LBR 5005-1<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.