Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-10880 (ABA)

Daniel M. Adams  
547 West Main Street  
Malaga, NJ  08328

Monthly Payment: $1,000.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/05/2024 | $1,000.00 | 03/01/2024 | $1,000.00 | 04/03/2024 | $1,000.00 | 05/06/2024 | $1,000.00 |
| 06/06/2024 | $1,000.00 | 07/01/2024 | $1,000.00 | 08/07/2024 | $1,000.00 | 09/12/2024 | $1,000.00 |
| 09/16/2024 | $1,000.00 | 10/03/2024 | $1,000.00 | 11/04/2024 | $1,000.00 | 12/10/2024 | $1,000.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DANIEL M. ADAMS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $4,388.00 | $4,388.00 | $0.00 | $3,254.40 |
| 1 | CAPITAL ONE, N.A. | 33 | $10,314.89 | $551.72 | $9,763.17 | $0.00 |
| 2 | CAPITAL ONE, N.A. | 33 | $11,701.14 | $625.87 | $11,075.27 | $0.00 |
| 3 | CITI CARDS/CITIBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | DR. KEITH P. RADBILL, DO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | GERARDO VARALLO, DO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 28 | $2,570.00 | $2,570.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $10,827.08 | $579.12 | $10,247.96 | $0.00 |
| 8 | LVNV FUNDING, LLC | 33 | $2,888.59 | $154.50 | $2,734.09 | $0.00 |
| 9 | NBT BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING, LLC | 33 | $596.37 | $31.90 | $564.47 | $0.00 |
| 11 | REGIS ACOSTA, MD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ROCKET MORTGAGE, LLC | 24 | $2,157.47 | $2,157.47 | $0.00 | $0.00 |
| 13 | RUSSELL ABRAMS, MD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SPECIALIZED LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SPRAINS, STRAINS & FRACTURES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | STATE OF NEW JERSEY | 28 | $150.00 | $150.00 | $0.00 | $0.00 |
| 17 | SYNCB/EBAY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,424.37 | $236.65 | $4,187.72 | $0.00 |
| 19 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | YOUNG LEE, MD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | JPMORGAN CHASE BANK, N.A. | 33 | $16,237.62 | $868.53 | $15,369.09 | $0.00 |
| 24 | LVNV FUNDING, LLC | 33 | $14,514.06 | $776.34 | $13,737.72 | $0.00 |
| 25 | CBNA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | QUEST DIAGNOSTICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | DANIEL MARK ADAMS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | ROCKET MORTGAGE, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | CAPITAL ONE N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | JPMORGAN CHASE BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $8,037.19 | $429.90 | $7,607.29 | $0.00 |
| 33 | ROCKET MORTGAGE, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | SHELLPOINT MORTGAGE SERVICING | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2023 | 10.00 | $400.00 |
| 01/01/2024 | 35.00 | $1,000.00 |
| 12/01/2026 | 15.00 | $1,350.00 |
| 03/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $12,000.00 |
| Total paid to creditors this period: | $3,254.40 |
| Undistributed Funds on Hand: | $900.01 |
| Arrearages: | $0.00 |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**