UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
**RICHARD S. HOFFMAN, JR., ESQ. (#RH-9353)**
**HOFFMAN DiMUZIO**
A Partnership of Professional Corporations
412 Swedesboro Road
Mullica Hill, New Jersey 08062
(856) 694-3939
Attorneys for Debtor(s)

In Re:

Daniel Mark Adams
                    Debtor

Case No.:    23-10880

Chapter 13

Judge:    ABA

## NOTICE OF CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7 UNDER §1307(a)

The Debtor, Daniel Mark Adams, by their attorney, represent and state as follows:

1. The Debtor is no longer able to comply with her Chapter 13 Plan and does not desire to modify the Plan.

2. The Debtor qualifies as a Debtor under Chapter 7 of the Bankruptcy Code.

3. Under §1307(a) of the Bankruptcy Code, the Debtor is entitled to convert this Chapter 13 to a case under Chapter 7 at any time, and the Debtor now wishes to convert this Chapter 13 case to a case under Chapter 7.

4. The conversion to Chapter 7 is being made in good faith by the Debtor.

**WHEREFORE,** the Debtor, pursuant to Rule 1017(f)(3) of the Rules of Bankruptcy Procedure, hereby give notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

Dated: 10-31-2025

_____
Daniel Mark Adams

Dated: 11/4/2025

_____
Richard S. Hoffman, Jr., Esq.
Hoffman DiMuzio
Attorney for Debtor