| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Daniel Mark Adams<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–2826 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    2/2/23 |
| Case number: | 23–10880–ABA | Date case converted to chapter: | 7    11/5/25 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Daniel Mark Adams | |
| 2. | **All other names used in the last 8 years** | dba Daniel M. Adams | |
| 3. | **Address** | 547 West Main St<br>Malaga, NJ 08328 | |
| 4. | **Debtor's attorney**<br>Name and address | Richard S. Hoffman Jr.<br>Hoffman DiMuzio<br>412 Swedesboro Road<br>Mullica Hill, NJ 08062 | Contact phone 856–694–3939<br>Email: rshoffman@hoffmandimuzio.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Joseph Marchand<br>Joseph D. Marchand, Chapter 7 Trustee<br>106 Hickory Court<br>Mullica Hill, NJ 08062 | Contact phone 856–451–7600 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 11/5/25 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **December 5, 2025 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 601 965 3527, Click on JOIN using passcode 5323161742, or call 1–856–329–4917**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 2/3/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**　　　page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 23-10880-ABA
Daniel Mark Adams                                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                     Page 1 of 3
Date Rcvd: Nov 05, 2025               Form ID: 309A               Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Mark Adams, 547 West Main St, Malaga, NJ 08328-4210 |
| 519827836 | | Dr. Keith P. Radbill, DO, 1400 NJ-70, Cherry Hill, NJ 08034 |
| 519827837 | + | Gerardo Varallo, DO, 300 Medical Center Dr., Sewell, NJ 08080-2373 |
| 519827843 | + | Regis Acosta, MD, 104 Independence Blvd, Sicklerville, NJ 08081-1039 |
| 519827845 | + | Russell Abrams, MD, 1030 Kings Hwy N, #200, Cherry Hill, NJ 08034-1907 |
| 519827847 | + | Sprains, Strains & Fractures, 2090 Springdale Road, Suite C, Cherry Hill, NJ 08003-2024 |
| 519827851 | | Young Lee, MD, 1400 NJ-70, Cherry Hill, NJ 08034 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: rshoffman@hoffmandimuzio.com | Nov 05 2025 20:50:00 | Richard S. Hoffman, Jr., Hoffman DiMuzio, 412 Swedesboro Road, Mullica Hill, NJ 08062 |
| tr | + | EDI: QJDMARCHAND.COM | Nov 06 2025 01:45:00 | Joseph Marchand, Joseph D. Marchand, Chapter 7 Trustee, 106 Hickory Court, Mullica Hill, NJ 08062-9527 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 05 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 05 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519827834 | + | EDI: CITICORP | Nov 06 2025 01:45:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519827833 | + | EDI: CAPITALONE.COM | Nov 06 2025 01:45:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519837381 | + | EDI: AIS.COM | Nov 06 2025 01:45:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519827835 | + | EDI: CITICORP | Nov 06 2025 01:45:00 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519827838 | | EDI: IRS.COM | Nov 06 2025 01:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519827839 | + | EDI: JPMORGANCHASE | Nov 06 2025 01:45:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519849626 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 05 2025 20:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519856796 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2025 21:00:44 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 23-10880-ABA    Doc 33    Filed 11/07/25    Entered 11/08/25 00:15:15    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 05, 2025 | Form ID: 309A | Total Noticed: 36 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 519827840 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2025 21:00:00 | LVNV Funding, LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 519827841 | + | Email/Text: bankruptcy@nbtbank.com | Nov 05 2025 20:51:00 | NBT Bank, 20 Mohawk St, Canajoharie, NY 13317-1144 |
| 520359368 | | Email/Text: mtgbk@shellpointmtg.com | Nov 05 2025 20:50:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826,, Greenville, South Carolina 29603-0826 |
| 519875415 | | EDI: PRA.COM | Nov 06 2025 01:45:00 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 519873888 | | EDI: PRA.COM | Nov 06 2025 01:45:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519827842 | | Email/Text: BankruptcyMail@questdiagnostics.com | Nov 05 2025 20:51:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519827844 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 05 2025 20:51:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519851875 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 05 2025 20:51:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519827846 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 05 2025 20:50:00 | Specialized Loan Servicing, LLC, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129 |
| 519876394 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 05 2025 20:50:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520355129 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 05 2025 20:50:00 | Saluda Grade Alternative Mortgage Trust 2022-SEQ2, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519874385 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 05 2025 20:50:00 | Saluda Grade Alternative Mortgage Trust 2022-SEQ2, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 520355130 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 05 2025 20:50:00 | Saluda Grade Alternative Mortgage Trust 2022-SEQ2, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, Saluda Grade Alternative Mortgage Trust, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 519827848 | ^ | MEBN | Nov 05 2025 20:50:07 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519827849 | + | EDI: SYNC | Nov 06 2025 01:45:00 | SyncB/Ebay, PO Box 965013, Orlando, FL 32896-5013 |
| 519828858 | + | EDI: PRA.COM | Nov 06 2025 01:45:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519827850 | | EDI: CITICORP | Nov 06 2025 01:45:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519875663 | | State of New Jersey |
| 519849629 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519876450 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 05, 2025 | Form ID: 309A | Total Noticed: 36 |

NJ 08695-0245

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:**

**Name**  **Email Address**

Andrew B Finberg
courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Joseph Marchand
jdmarchand@comcast.net jdmarchand@comcast.net;jmarchand@ecf.axosfs.com

Richard S. Hoffman, Jr.
on behalf of Debtor Daniel Mark Adams rshoffman@hoffmandimuzio.com trisley@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5