**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Joseph D. Marchand, Esquire, Trustee
106 Hickory Court
Mullica Hill, NJ 08062
Attorney for Chapter 7 Trustee
JM5998

Order Filed on February 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Daniel Mark Adams

Debtor(s).

Case No. 23-10880/ABA

## CONSENT ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: February 10, 2026

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s):   Daniel Mark Adams
Case No:    23-10880/ABA

---

This matter having come before the Court as a Consent Order executed by Debtors' Attorney as well as the Trustee in the above captioned. As the parties having conferred regarding the Petition filed on February 2, 2023, and wherein the Trustee is requesting an extension of time to file an objection to Discharge and the Court having reviewed the Consent Order and for good cause shown, it is hereby

**ORDERED THAT** the time the Trustee or U.S. Trustee can file a complaint objecting to the discharge of the debtor pursuant to §727 of the Bankruptcy Code is hereby extended to May 3, 2026.

I hereby consent to the terms and conditions stated herein.

_____
Richard Hoffman, Esquire
Attorney for Debtor(s)
Dated: 2-5-26

_____
Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee
Dated: 2/6/26