UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire, Trustee
106 Hickory Court
Mullica Hill, NJ 08062
Attorney for Chapter 7 Trustee
JM5998

Order Filed on February 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Daniel Mark Adams

Debtor(s).

Case No. 23-10880/ABA

## CONSENT ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**.

**DATED: February 10, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s):   Daniel Mark Adams
Case No:   23-10880/ABA

This matter having come before the Court as a Consent Order executed by Debtors' Attorney as well as the Trustee in the above captioned. As the parties having conferred regarding the Petition filed on February 2, 2023, and wherein the Trustee is requesting an extension of time to file an objection to Discharge and the Court having reviewed the Consent Order and for good cause shown, it is hereby

**ORDERED THAT** the time the Trustee or U.S. Trustee can file a complaint objecting to the discharge of the debtor pursuant to §727 of the Bankruptcy Code is hereby extended to May 3, 2026.

I hereby consent to the terms and conditions stated herein.

_____
Richard Hoffman, Esquire
Attorney for Debtor(s)

Dated:_____2-5-26_____

_____
Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee

Dated:_____2/6/26_____

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 23-10880-ABA

Daniel Mark Adams                                                                   Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                       User: admin                                            Page 1 of 1

Date Rcvd: Feb 10, 2026                             Form ID: pdf903                                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

**Recip ID              Recipient Name and Address**
db              + Daniel Mark Adams, 547 West Main St, Malaga, NJ 08328-4210

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2026                  Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:**

**Name                  Email Address**

Denise E. Carlon
          on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Joseph Marchand
          jdmarchand@comcast.net  jdmarchand@comcast.net;jmarchand@ecf.axosfs.com

Kimberly A. Wilson
          on behalf of Creditor NBT Bank  N.A. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com

Richard S. Hoffman, Jr.
          on behalf of Debtor Daniel Mark Adams rshoffman@hoffmandimuzio.com
          trisley@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5