**Information to identify the case:**

Debtor 1   Daniel Mark Adams

First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

Social Security number or ITIN   xxx–xx–2826
EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _
EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   District of New Jersey

Case number:   23–10880–ABA

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Daniel Mark Adams
dba Daniel M. Adams

5/8/26

**By the court:**   Andrew B. Altenburg Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:

Daniel Mark Adams
     Debtor

Case No. 23-10880-ABA

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1             User: admin             Page 1 of 3

Date Rcvd: May 08, 2026             Form ID: 318             Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Daniel Mark Adams, 547 West Main St, Malaga, NJ 08328-4210 |
| 519827836 | | Dr. Keith P. Radbill, DO, 1400 NJ-70, Cherry Hill, NJ 08034 |
| 519827837 | + | Gerardo Varallo, DO, 300 Medical Center Dr., Sewell, NJ 08080-2373 |
| 519827843 | + | Regis Acosta, MD, 104 Independence Blvd, Sicklerville, NJ 08081-1039 |
| 519827845 | + | Russell Abrams, MD, 1030 Kings Hwy N, #200, Cherry Hill, NJ 08034-1907 |
| 519827847 | + | Sprains, Strains & Fractures, 2090 Springdale Road, Suite C, Cherry Hill, NJ 08003-2024 |
| 519827851 | | Young Lee, MD, 1400 NJ-70, Cherry Hill, NJ 08034 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| tr | + | EDI: QJDMARCHAND.COM | May 08 2026 20:35:00 | Joseph Marchand, Joseph D. Marchand, Chapter 7 Trustee, 106 Hickory Court, Mullica Hill, NJ 08062-9527 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 08 2026 17:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 08 2026 17:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy@nbtbank.com | May 08 2026 17:01:00 | NBT Bank, N.A., 52 S Broad Street, Norwich, NY 13815-1699 |
| 519827834 | + | EDI: CITICORP | May 08 2026 20:35:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519827833 | + | EDI: CAPITALONE.COM | May 08 2026 20:35:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519837381 | + | EDI: AIS.COM | May 08 2026 20:35:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519827835 | + | EDI: CITICORP | May 08 2026 20:35:00 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519827838 | | EDI: IRS.COM | May 08 2026 20:35:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519827839 | + | EDI: JPMORGANCHASE | May 08 2026 20:35:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519849626 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 08 2026 16:59:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519856796 | | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2026 17:04:57 | LVNV Funding, LLC, Resurgent Capital Services, |

District/off: 0312-1                          User: admin                                    Page 2 of 3

Date Rcvd: May 08, 2026                   Form ID: 318                             Total Noticed: 36

PO Box 10587, Greenville, SC 29603-0587

| 519827840 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 08 2026 17:04:57 | LVNV Funding, LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 519827841 | + Email/Text: bankruptcy@nbtbank.com | | |
| | | May 08 2026 17:01:00 | NBT Bank, 20 Mohawk St, Canajoharie, NY 13317-1144 |
| 520359368 | Email/Text: mtgbk@shellpointmtg.com | | |
| | | May 08 2026 16:59:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826,, Greenville, South Carolina 29603-0826 |
| 519875415 | EDI: PRA.COM | | |
| | | May 08 2026 20:35:00 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 519873888 | EDI: PRA.COM | | |
| | | May 08 2026 20:35:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519827842 | Email/Text: BankruptcyMail@questdiagnostics.com | | |
| | | May 08 2026 17:01:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519827844 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | May 08 2026 17:01:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519851875 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | May 08 2026 17:01:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519827846 | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | May 08 2026 17:00:00 | Specialized Loan Servicing, LLC, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129 |
| 519876394 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | May 08 2026 16:59:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520355129 | + Email/Text: mtgbk@shellpointmtg.com | | |
| | | May 08 2026 16:59:00 | Saluda Grade Alternative Mortgage Trust 2022-SEQ2, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519874385 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | May 08 2026 17:00:00 | Saluda Grade Alternative Mortgage Trust 2022-SEQ2, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 520355130 | + Email/Text: mtgbk@shellpointmtg.com | | |
| | | May 08 2026 16:59:00 | Saluda Grade Alternative Mortgage Trust 2022-SEQ2, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, Saluda Grade Alternative Mortgage Trust, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 519827848 | ^ MEBN | | |
| | | May 08 2026 16:53:07 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519827849 | + EDI: SYNC | | |
| | | May 08 2026 20:35:00 | SyncB/Ebay, PO Box 965013, Orlando, FL 32896-5013 |
| 519828858 | + EDI: PRA.COM | | |
| | | May 08 2026 20:35:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519827850 | EDI: CITICORP | | |
| | | May 08 2026 20:35:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519875663 | | State of New Jersey |
| 519849629 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519876450 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, |

District/off: 0312-1

User: admin

Page 3 of 3

Date Rcvd: May 08, 2026

Form ID: 318

Total Noticed: 36

NJ 08695-0245

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026

Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph Marchand | jdmarchand@comcast.net  jdmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Kimberly A. Wilson | on behalf of Creditor NBT Bank  N.A. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Daniel Mark Adams rshoffman@hoffmandimuzio.com trisley@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5