**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

## NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102
Telephone number: 856−361−2300

Honorable Andrew B. Altenburg Jr., U.S. Bankruptcy Judge

| **CASE NUMBER:** 23−10880−ABA | **DATE FILED::** 2/2/23 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**<br>Daniel Mark Adams<br>dba Daniel M. Adams<br>xxx−xx−2826 | **ADDRESS OF DEBTOR(S):**<br><br>547 West Main St<br>Malaga, NJ 08328 |
| DEBTOR'S ATTORNEY:<br>Richard S. Hoffman Jr.<br>Hoffman DiMuzio<br>412 Swedesboro Road<br>Mullica Hill, NJ 08062<br><br>856−694−3939 | TRUSTEE:<br>Joseph Marchand<br>Joseph D. Marchand, Chapter 7 Trustee<br>106 Hickory Court<br>Mullica Hill, NJ 08062<br>856−451−7600 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

9/14/26

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: June 16, 2026

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court

District of New Jersey

In re:

Daniel Mark Adams
    Debtor

Case No. 23-10880-ABA

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1

Date Rcvd: Jun 16, 2026

User: admin

Form ID: noa

Page 1 of 3

Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Mark Adams, 547 West Main St, Malaga, NJ 08328-4210 |
| 519827836 | | Dr. Keith P. Radbill, DO, 1400 NJ-70, Cherry Hill, NJ 08034 |
| 519827837 | + | Gerardo Varallo, DO, 300 Medical Center Dr., Sewell, NJ 08080-2373 |
| 519827843 | + | Regis Acosta, MD, 104 Independence Blvd, Sicklerville, NJ 08081-1039 |
| 519827845 | + | Russell Abrams, MD, 1030 Kings Hwy N, #200, Cherry Hill, NJ 08034-1907 |
| 519827847 | + | Sprains, Strains & Fractures, 2090 Springdale Road, Suite C, Cherry Hill, NJ 08003-2024 |
| 519827851 | | Young Lee, MD, 1400 NJ-70, Cherry Hill, NJ 08034 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJDMARCHAND.COM | Jun 17 2026 00:56:00 | Joseph Marchand, Joseph D. Marchand, Chapter 7 Trustee, 106 Hickory Court, Mullica Hill, NJ 08062-9527 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2026 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2026 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy@nbtbank.com | Jun 16 2026 21:03:00 | NBT Bank, N.A., 52 S Broad Street, Norwich, NY 13815-1699 |
| 519827834 | + | EDI: CITICORP | Jun 17 2026 00:56:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519827833 | + | EDI: CAPITALONE.COM | Jun 17 2026 00:50:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519837381 | + | EDI: AIS.COM | Jun 17 2026 00:56:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519827835 | + | EDI: CITICORP | Jun 17 2026 00:56:00 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519827838 | | EDI: IRS.COM | Jun 17 2026 00:56:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519827839 | + | EDI: JPMORGANCHASE | Jun 17 2026 00:49:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519849626 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 16 2026 21:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519856796 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2026 21:08:58 | LVNV Funding, LLC, Resurgent Capital Services, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 519827840 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2026 21:08:58 | LVNV Funding, LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 519827841 | + | Email/Text: bankruptcy@nbtbank.com | Jun 16 2026 21:03:00 | NBT Bank, 20 Mohawk St, Canajoharie, NY 13317-1144 |
| 520359368 | | Email/Text: mtgbk@shellpointmtg.com | Jun 16 2026 21:02:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826,, Greenville, South Carolina 29603-0826 |
| 519875415 | | EDI: PRA.COM | Jun 17 2026 00:56:00 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 519873888 | | EDI: PRA.COM | Jun 17 2026 00:56:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519827842 | | Email/Text: BankruptcyMail@questdiagnostics.com | Jun 16 2026 21:03:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519827844 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 16 2026 21:03:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519851875 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 16 2026 21:03:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519827846 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 16 2026 21:02:00 | Specialized Loan Servicing, LLC, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129 |
| 519876394 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 16 2026 21:02:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520355129 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 16 2026 21:02:00 | Saluda Grade Alternative Mortgage Trust 2022-SEQ2, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519874385 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 16 2026 21:02:00 | Saluda Grade Alternative Mortgage Trust 2022-SEQ2, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 520355130 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 16 2026 21:02:00 | Saluda Grade Alternative Mortgage Trust 2022-SEQ2, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, Saluda Grade Alternative Mortgage Trust, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 519827848 | ^ | MEBN | Jun 16 2026 20:57:58 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519827849 | + | EDI: SYNC | Jun 17 2026 00:49:00 | SyncB/Ebay, PO Box 965013, Orlando, FL 32896-5013 |
| 519828858 | + | EDI: PRA.COM | Jun 17 2026 00:56:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519827850 | | EDI: CITICORP | Jun 17 2026 00:56:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519875663 | | State of New Jersey |
| 519849629 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519876450 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, |

District/off: 0312-1                                    User: admin                                    Page 3 of 3

Date Rcvd: Jun 16, 2026                              Form ID: noa                               Total Noticed: 36

NJ 08695-0245

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026                          Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph Marchand | jdmarchand@comcast.net  jdmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Kimberly A. Wilson | on behalf of Creditor NBT Bank  N.A. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Daniel Mark Adams rshoffman@hoffmandimuzio.com trisley@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5