UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph D. Marchand, Esquire, Trustee
106 Hickory Court
Mullica Hill, NJ 08062
(856) 451-7600
(JM5998) Attorney for Chapter 7 Trustee

**Order Filed on June 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Daniel Mark Adams

Case No.:          23-10880/ABA

Chapter:                  7

Judge:        Andrew B. Altenburg

## ORDER AUTHORIZING RETENTION OF

Joseph D. Marchand, Esquire

The relief set forth on the following page is **ORDERED**.

**DATED: June 25, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Joseph D. Marchand, Esquire_____

as _____Attorney for Trustee_____, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

       The professional's address is:   Joseph D. Marchand, Esquire_____

                            106 Hickory Court_____

                            Mullica Hill, NJ 08062_____

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

       ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

       ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.      The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2