UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph D. Marchand, Esquire, Trustee
106 Hickory Court
Mullica Hill, NJ 08062
(856) 451-7600
(JM5998) Attorney for Chapter 7 Trustee

In Re:

Daniel Mark Adams

Order Filed on June 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____23-10880/ABA_____

Chapter: _____7_____

Judge: ___Andrew B. Altenburg___

**ORDER AUTHORIZING RETENTION OF**

_____Joseph D. Marchand, Esquire_____

The relief set forth on the following page is **ORDERED**.

**DATED: June 25, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain    Joseph D. Marchand, Esquire

as    Attorney for Trustee   , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:   Joseph D. Marchand, Esquire

      106 Hickory Court

      Mullica Hill, NJ 08062

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 23-10880-ABA

Daniel Mark Adams                                                                Chapter 7

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 2

Date Rcvd: Jun 25, 2026                    Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

**Recip ID                    Recipient Name and Address**
db                      +   Daniel Mark Adams, 547 West Main St, Malaga, NJ 08328-4210

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Joseph Marchand
                         jdmarchand@comcast.net  jdmarchand@comcast.net;jmarchand@ecf.axosfs.com

Joseph Marchand
                         on behalf of Trustee Joseph Marchand jdmarchand@comcast.net  jmarchand@comcast.net

Kimberly A. Wilson
                         on behalf of Creditor NBT Bank  N.A. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com

Matthew K. Fissel
                         on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com,
                         matthew.fissel@brockandscott.com

Richard S. Hoffman, Jr.
                         on behalf of Debtor Daniel Mark Adams rshoffman@hoffmandimuzio.com
                         trisley@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

U.S. Trustee

District/off: 0312-1                                   User: admin                                        Page 2 of 2

Date Rcvd: Jun 25, 2026                               Form ID: pdf903                                 Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6