UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Daniel Mark Adams

Case No.: 23-10880/ABA
Chapter: 7
Judge: ABA

# NOTICE OF PROPOSED ABANDONMENT

JOSEPH D. MARCHAND, TRUSTEE in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk of the United States Bankruptcy Court<br>U.S. Post Office & Court House<br>PO Box 2067, 401 Market Street<br>Camden, NJ 08101-2067 |

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on August 25, 2026 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | IRA with Cetera Wealth Services, LLC<br>FMV: $429,872.39(as of 1/21/26) |

| | |
|---|---|
| Liens on property: | N/A |

| | |
|---|---|
| Amount of equity claimed as exempt: | $340,952.82*<br>*IRA is fully exempt as it is ERISA Qualified |

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee

Address: 106 Hickory Court, Mullica Hill, NJ 08062

Telephone No.: (856) 451-7600