UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Daniel Mark Adams

Case No.: __23-10880/ABA__

Chapter: _____7_____

Judge: _____ABA_____

## NOTICE OF PROPOSED ABANDONMENT

_____JOSEPH D. MARCHAND_____, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk of the United States Bankruptcy Court<br>U.S. Post Office & Court House<br>PO Box 2067, 401 Market Street<br>Camden, NJ  08101-2067 |

If an objection is filed, a hearing will be held before the Honorable _____Andrew B. Altenburg, Jr._____ on _____August 25, 2026_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ____4B____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | IRA with Cetera Wealth Services, LLC<br>FMV: $429,872.39(as of 1/21/26) |

| | |
|---|---|
| Liens on property: | N/A |

| | |
|---|---|
| Amount of equity claimed as exempt: | $340,952.82*<br>*IRA is fully exempt as it is ERISA Qualified |

Objections must be served on, and requests for additional information directed to:

Name: ___/s/ Joseph D. Marchand, Chapter 7 Trustee___

Address: ___106 Hickory Court, Mullica Hill, NJ 08062___

Telephone No.: _(856) 451-7600_

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 23-10880-ABA

Daniel Mark Adams                                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                        Page 1 of 3

Date Rcvd: Jul 28, 2026                        Form ID: pdf905                                 Total Noticed: 36

The following symbols are used throughout this certificate:

**Symbol         Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

++               Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Mark Adams, 547 West Main St, Malaga, NJ 08328-4210 |
| 519827836 | | Dr. Keith P. Radbill, DO, 1400 NJ-70, Cherry Hill, NJ 08034 |
| 519827837 | + | Gerardo Varallo, DO, 300 Medical Center Dr., Sewell, NJ 08080-2373 |
| 519827843 | + | Regis Acosta, MD, 104 Independence Blvd, Sicklerville, NJ 08081-1039 |
| 519827845 | + | Russell Abrams, MD, 1030 Kings Hwy N, #200, Cherry Hill, NJ 08034-1907 |
| 519827847 | + | Sprains, Strains & Fractures, 2090 Springdale Road, Suite C, Cherry Hill, NJ 08003-2024 |
| 519827851 | | Young Lee, MD, 1400 NJ-70, Cherry Hill, NJ 08034 |

TOTAL: 7


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: jdmarchand@comcast.net | Jul 28 2026 21:06:00 | Joseph D. Marchand, 106 Hickory Court, Mullica Hill, NJ 08062-9527 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 28 2026 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 28 2026 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy@nbtbank.com | Jul 28 2026 21:06:00 | NBT Bank, N.A., 52 S Broad Street, Norwich, NY 13815-1699 |
| 519827834 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2026 21:11:21 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519827833 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2026 21:11:24 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519837381 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 28 2026 21:11:14 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519827835 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2026 21:11:26 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519827838 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 28 2026 21:05:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519827839 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 28 2026 21:11:12 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519849626 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 28 2026 21:05:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519856796 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2026 21:11:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 28, 2026 | Form ID: pdf905 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519827840 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2026 21:11:20 | LVNV Funding, LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 519827841 | + | Email/Text: bankruptcy@nbtbank.com | Jul 28 2026 21:06:00 | NBT Bank, 20 Mohawk St, Canajoharie, NY 13317-1144 |
| 520359368 | | Email/Text: mtgbk@shellpointmtg.com | Jul 28 2026 21:05:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826,, Greenville, South Carolina 29603-0826 |
| 519875415 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2026 21:11:14 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 519873888 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2026 21:11:14 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519827842 | | Email/Text: BankruptcyMail@questdiagnostics.com | Jul 28 2026 21:06:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519827844 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jul 28 2026 21:06:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519851875 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jul 28 2026 21:06:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519827846 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 28 2026 21:05:00 | Specialized Loan Servicing, LLC, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129 |
| 519876394 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 28 2026 21:05:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520355129 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 28 2026 21:05:00 | Saluda Grade Alternative Mortgage Trust 2022-SEQ2, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519874385 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 28 2026 21:05:00 | Saluda Grade Alternative Mortgage Trust 2022-SEQ2, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 520355130 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 28 2026 21:05:00 | Saluda Grade Alternative Mortgage Trust 2022-SEQ2, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, Saluda Grade Alternative Mortgage Trust, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 519827848 | ^ | MEBN | Jul 28 2026 21:02:11 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519827849 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 21:11:18 | SyncB/Ebay, PO Box 965013, Orlando, FL 32896-5013 |
| 519828858 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2026 21:11:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519827850 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2026 21:11:26 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519875663 | | State of New Jersey |
| 519849629 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519876450 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

District/off: 0312-1        User: admin        Page 3 of 3

Date Rcvd: Jul 28, 2026        Form ID: pdf905        Total Noticed: 36

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Joseph Marchand | jdmarchand@comcast.net  jdmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Joseph Marchand | on behalf of Trustee Joseph Marchand jdmarchand@comcast.net  jmarchand@comcast.net |
| Kimberly A. Wilson | on behalf of Creditor NBT Bank  N.A. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Daniel Mark Adams rshoffman@hoffmandimuzio.com trisley@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6