Form loccrtno − loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 23−10880−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Daniel Mark Adams
dba Daniel M. Adams
547 West Main St
Malaga, NJ 08328

Social Security No.:
xxx−xx−2826

Employer's Tax I.D. No.:

---

**CERTIFICATION OF NO OBJECTION**

I Jerome Davis , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

IRA with Cetera Wealth Services, LLC

Dated: August 19, 2026
JAN: jgd

Jeanne Naughton
Clerk